# ELECTRONIC RECORD

COA # 02-16-00121-CR     OFFENSE: 71.02

STYLE: Charles James Garrett, Jr. v. The State of Texas     COUNTY: Tarrant

COA DISPOSITION: AFFIRM     TRIAL COURT: 372nd District Court

DATE: 08/03/17     Publish: NO   TC CASE #: 1410502R

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Charles James Garrett, Jr. v. The State of Texas

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: NOVEMBER 22, 2017

JUDGE: Per Curiam

CCA #: **974-17**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**